Dawn M. Smith, Esq., SBN 222481
SMITH CLINESMITH, LLP
325 N. St. Paul St., 29th Floor
Dallas, TX 75201
Telephone: (214) 953-1900
Facsimile: (214) 953-1901
dawn@smithclinesmith.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BRENDA THOMAS, Individually and as heir and Successor in Interest to LARRY CHARLES JACKSON, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>POMONA HEALTHCARE & Wellness Center, LLC d/b/a PARK AVENUE HEALTHCARE & WELLNESS CENTER; DOES 1-50; and DOES 51-60,<br><br>    Defendants. | Case No. 2:22-cv-00179-SVW-PLA<br><br>[*Removed from Los Angeles Superior Court Case No. 21STCV31219*]<br><br>**NOTICE OF REQUEST OF DAWN M. SMITH TO APPEAR BY ZOOM FOR CASE STATUS CONFERENCE, PLAINTIFF'S MOTION TO REMAND AND DEFENDANT'S MOTION TO DISMISS**<br><br>Date: March 28, 2022<br>Time: 1:30 p.m.<br>Dept.: 10A<br>Assigned to: Hon. Stephen V. Wilson |

<u>**REQUEST OF DAWN M. SMITH TO APPEAR BY ZOOM FOR CASE STATUS CONFERENCE, PLAINTIFF'S MOTION TO REMAND AND DEFENDANT'S MOTION TO DISMISS**</u>

I, DAWN M. SMITH, hereby declare as follows:

1. I am an attorney duly admitted to practice before the United States District Court for the Central District of California and am a partner with the law firm of Smith Clinesmith, LLP, attorneys for Plaintiff BRENDA THOMAS, Individually and as successor in interest to the LARRY CHARLES JACKSON, Deceased. I request to make my appearance to the case

1. status conference, Plaintiff's Motion to Remand, and Defendant's Motion to Dismiss set for March 28, 2022 by Zoom.

2. I am the only counsel of record in the matter before this court, and I office and will be located in Dallas, Texas on March 28, 2022. Thus I am requesting to appear by zoom.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of March 2022 at Dallas, Texas.

                                                                                 Dawn M. Smith, Esq.
SMITH CLINESMITH, LLP
325 N. St. Paul St. Suite 2900
Dallas, TX 75201
Telephone: (214) 953-1900
Facsimile: (214) 953-1901
dawn@smithclinesmith.com
Attorney for Plaintiffs

NOTICE OF REQUEST OF DAWN M. SMITH TO APPEAR BY ZOOM    2
Case No. 2:22-cv-00179-SVW-PLA

*BRENDA THOMAS, Individually and as heir and Successor in Interest to LARRY CHARLES JACKSON, Deceased vs. POMONA HEALTHCARE & WELLNESS CENTER, LLC d/b/a PARK ACENUE HEALTHCARE & WELLNESS CENTER; and DOES 1-50*

**United States District Court**
**Central District of California**
Western Division
**Cause No.** 2:22-cv-00179-SVW-PLA

**PROOF OF SERVICE**

I am employed in Dallas County, Texas. I am over the age of 18 and am not a party to this action. My business address is 325 N. St. Paul St., Suite 2900, Dallas, Texas 75201.

On **March 18, 2022,** I served the foregoing documents, described in this action as:

- **NOTICE OF REQUEST OF DAWN M. SMITH TO APPEAR BY ZOOM FOR CASE STATUS CONFERENCE, PLAINTIFF'S MOTION TO REMAND AND DEFENDANT'S MOTION TO DISMISS** as follows:

DAVID ZARMI
California Bar No. 245636
Email: davidzarmi@gmail.com
8950 W. Olympic Blvd., Ste. 533
Beverly Hills, CA 90211
310-841-6455

Attorneys for Defendant POMONA HEALTHCARE & Wellness Center, LLC d/b/a PARK AVENUE HEALTHCARE & WELLNESS CENTER

**[X] By CM/ECF ELECTRONIC DELIVERY** in accordance with the registered case participants and in accordance with the procedures set forth at the Court's website, http://www.caed.uscourts.gov/caednew/index.cfm/cmecf-e-filing

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California and the State of Texas that the above is true and correct.

Executed on **March 18, 2022,** at Dallas, Texas

_____
Dawn Smith